# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>Rodolfo MARTINEZ-Monroy,<br><br>　　　　　　　　　　Defendant. | Case No. **2:24-mj-08031-LR**<br><br><u>COMPLAINT FOR VIOLATION OF</u><br><br>Title 8, U.S.C., Section, 1326<br>Attempted Entry After Deportation<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about January 10, 2024, within the Southern District of California, defendant Rodolfo MARTINEZ-Monroy, an alien, who previously had been excluded, deported and removed from the United States to Mexico, attempted to enter the United States with the purpose, i.e. conscious desire, to enter the United States without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Section 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

_____
JORGE PALOMO
BORDER PATROL AGENT

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 11th day of January, 2024.

_____
HON. LUPE RODRIGUEZ, JR.
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Rodolfo MARTINEZ-Monroy

**STATEMENT OF FACTS**

The complainant states this Complaint and Statement of Facts is based upon the investigative report of Border Patrol Agent (BPA) A. Gonzalez that defendant, Rodolfo MARTINEZ-Monroy (MARTINEZ), attempted to enter the United States and was arrested on January 10, 2024, in Calexico, California.

On January 10, 2024, Border Patrol Agent (BPA) J. Fail was performing line watch operations in Zone 13, approximately .5 miles east of the Calexico, California Port of Entry. At approximately 8:45 a.m., BPA J. Fail encountered MARTINEZ approximately 0.2 miles north of the International Boundary Fence. BPA Fail identified himself as a United States Border Patrol Agent and questioned MARTINEZ regarding his immigration status. MARTINEZ admitted to having crossed the U.S./Mexico Boundary illegally. Through questioning, MARTINEZ admitted to being a citizen and national of Mexico present in the United States without proper immigration documentation that would allow him to remain in the United States legally. BPA Fail placed MARTINEZ under arrest and arranged for him to be transported to the El Centro Border Patrol Station for processing.

At the Border Patrol station, MARTINEZ's record checks revealed MARTINEZ had prior immigration history and confirmed that MARTINEZ was a citizen and national of Mexico, previously removed from the United States.

Record checks also revealed MARTINEZ was ordered removed from the United States by Designated Official on January 5, 2024. MARTINEZ was last removed from the United States to Mexico on January 8, 2024, through Calexico, California.

There is no evidence showing MARTINEZ has applied for and sought or received permission from the United States Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States.